UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-10013 CR-KING / McALILEY

18 U.S.C. § 1112
18 U.S.C. § 1115
18 U.S.C. § 1001(a)(2)

UNITED STATES OF AMERICA

vs.

CHRISTOPHER JONES and
ALISON GRACEY,

Defendants.
_____/



FILED by ____ D.C.
OCT 18 2012
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. – MIAMI

### INDICTMENT

The Grand Jury charges that:

### COUNT 1
### Involuntary Manslaughter
### (18 U.S.C. § 1112)

On or about December 18, 2011, within the special maritime and territorial jurisdiction of the United States, and elsewhere, the defendants,

**CHRISTOPHER JONES and
ALISON GRACEY,**

with a last known residence in Monroe County, in the Southern District of Florida, without malice, in the commission of a lawful act which might produce death, that is, operating a commercial dive charter, in an unlawful manner, and without due caution and circumspection, did cause the death of Aimee Rhoads, in violation of Title 18, United States Code, Sections 1112 and 2.

## COUNT 2
### Misconduct or Neglect of Ship Officers
### (18 U.S.C. § 1115)

On or about December 18, 2011, within the special maritime and territorial jurisdiction of the United States, and elsewhere, the defendant,

**CHRISTOPHER JONES,**

with a last known residence in Monroe County, in the Southern District of Florida, being an owner of a vessel, M/V GET WET, through whose fraud, neglect, misconduct, and violation of law, did destroy the life of Aimee Rhoads, in violation of Title 18, United States Code, Section 1115.

## COUNT 3
### False Official Statement
### (18 U.S.C. § 1001)

On or about February 4, 2011, in Monroe County, in the Southern District of Florida, in a matter within the jurisdiction of the United States Coast Guard, an agency of the executive branch of the Government of the United States, the defendants,

**CHRISTOPHER JONES and**
**ALISON GRACEY,**

did knowingly and willfully make a materially false, fictitious, and fraudulent statement and representation, in that the defendant stated in an application to the National Vessel Documentation Center for a Certificate of Documentation that L.P. was the owner of

the M/V GET WET, when, in truth and in fact, and as the defendant then and there knew, L.P. was not the owner of the M/V GET WET, in violation of Title 18, United States Code, Sections 1001(a)(2) and 2.

A TRUE BILL

FOREPERSON

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
JAIME A. RAICH
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. _____ |
| vs. | |
| Christopher Jones and Alison Gracey, | **CERTIFICATE OF TRIAL ATTORNEY*** |
| Defendants. _____ / | Superseding Case Information: |

**Court Division**: (Select One)

____ Miami  __X__ Key West
____ FTL    ____ WPB   ____ FTP

New Defendant(s)           Yes ____  No ____
Number of New Defendants   ____
Total number of counts     ____

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:  No         __No__
   List language and/or dialect    _____

4. This case will take   __4-5__   days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                          (Check only one)
   I    0 to 5 days        __X__        Petty        ____
   II   6 to 10 days       ____         Minor        ____
   III  11 to 20 days      ____         Misdem.      ____
   IV   21 to 60 days      ____         Felony       __X__
   V    61 days and over   ____

6. Has this case been previously filed in this District Court? (Yes or No)   __No__
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   _____
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____   District of _____

   Is this a potential death penalty case? (Yes or No)   __No__

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?   ____ Yes   __X__ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?   ____ Yes   __X__ No

Jaime A. Raich
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 0040111

*Penalty Sheet(s) attached

REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** Christopher Jones

**Case No:** _____

Count #: 1

  Involuntary Manslaughter

  Title 18, United States Code, Section 1112

\* **Max.Penalty:**   Eight years' imprisonment

Count #: 2

  Misconduct or neglect of ship officers

  Title 18, United States Code, Section 1115

\***Max. Penalty:** Ten years' imprisonment

Count #: 3

  False official statement

  Title 18, United States Code, Section 1001(a)(2)

\***Max. Penalty:** Five years' imprisonment

Count #:

\***Max. Penalty:**

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** Alison Gracey

**Case No:** _____

Count #: 1

  Involuntary Manslaughter

  Title 18, United States Code, Section 1112

\* **Max.Penalty:**   Eight years' imprisonment

Count #: 3

  False official statement

  Title 18, United States Code, Section 1001(a)(2)

\***Max. Penalty:** Five years' imprisonment

Count #:

_____

_____

\***Max. Penalty:**

Count #:

_____

_____

\***Max. Penalty:**

\***Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**