UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF FLORIDA
MINUTES - EVIDENTIARY SENTENCING

Case No. 12-10013-CR-KING          Date: September 9, 2022   Judge James Lawrence King
Defendant: **Christopher Jones**     Defense counsel: Adam Goodman, Esq.
AUSA: Thomas Watts-Fitzgerald        U.S. Probation: Andrew McDougan

## JUDGMENT AND SENTENCE

|       | YEARS | MONTHS | DAYS | TIME SERVED |
|-------|-------|--------|------|-------------|
| Count I |     |   51   |      |             |

(**X**) Defendant given credit for time served for 584 Days
( ) CONCURRENT
( ) CONSECUTIVE
(**X**) Assessment $ 100.00
( ) Fine: (**X**) none imposed   -0-
(**X**) The court orders restitution (Amount to be determined)
(**X**) Count remaining dismissed  II and III
( ) Forfeiture Entered

**(X) SUPERVISED RELEASE**
**( ) PROBATION**

|       | YEARS |
|-------|-------|
| Count I | 2   |

(**X**) If deported, the defendant shall not re-enter the U.S. without permission of Attorney General
( ) Home confinement for a period of
( ) CONCURRENT ( ) CONSECUTIVE ( ) Employment and Self Employment Restriction
( ) Substance Abuse Treatment  ( ) Financial Disclosure  ( ) Permissible Search ( ) Mental Health Treatment   ( ) IRS Cooperation ( ) Related Concerns Restrictions (**X**) Financial Disclosure (**X**) Unpaid Fines, Restitutions, and other costs

## CUSTODY
(**X**) The defendant remanded to custody of the U.S. Marshal
( ) Defendant released on bond pending appeal
( ) The defendant shall surrender for service of sentence on:
(**X**) The court recommends:   That the defendant is designation at a facility in South Florida
(**X**) The court recommends participation in a BOP drug/alcohol treatment program during term of incarceration.     *RIGHT TO AN APPEAL GIVEN OPEN COURT*
- Defense Motion for Downward Variance held
- The Court finds that the motion be and the same is hereby - **GRANTED**
- Defense Ore Tenus Motion for Appointment as CJA Counsel held
- The Court finds that the motion to be Appointed as CJA Counsel for purpose of Appeal is hereby GRANTED
- Defense Motion to Consider Letter for Mitigation held
- The Court finds that the Motion to Consider Letter for Mitigation is hereby - **X**

Courtroom Deputy: Octavia Green/ Joyce M. Saunders
Court Reporter: Quanincia Hill